UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **FREDERICK RYDILL CARNEY,** | ) | NO. CV 09-3615-AHM(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| **WARDEN,** | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this matter is dismissed without prejudice.

DATED: May 28, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**